

1

2

3

4

5

6                     **UNITED STATES DISTRICT COURT**

7                         **DISTRICT OF NEVADA**

8   UNITED STATES OF AMERICA,         )

9             Plaintiff,              )

10       v.                     )    2:13-CR-257-LDG-(PAL)

11   SAUL CANDELORIO GASTELLUM-   )
    SANCHEZ,

12   a.k.a. Cervancio Perez-Zazueta,     )
    a.k.a. Bartolo Castillo,

13   a.k.a. "Vampiro",           )

14           Defendant.         )

15             **PRELIMINARY ORDER OF FORFEITURE**

16        This Court finds that on May 27, 2014, defendant SAUL CANDELORIO GASTELLUM-

17 SANCHEZ a.k.a. Cervancio Perez-Zazueta, a.k.a. Bartolo Castillo, a.k.a. "Vampiro" pled guilty to

18 Counts One, Fifteen, Seventeen, and Twenty of a Twenty-Count Criminal Indictment charging him in

19 Count One with Conspiracy to Distribute a Controlled Substance in violation of Title 21, United States

20 Code, Sections 846 and 841(a)(1); in Count Fifteen with Possession of a Controlled Substance with

21 Intent to Distribute in violation of Title 21, United States Code, Section 841(a)(1); in Count Seventeen

22 with Possession of a Firearm During and in Relation to a Drug Trafficking Crime in violation of Title

23 18, United States Code, Section 924(c); and in Count Twenty with Conspiracy to Launder Monetary

24 Instruments in violation of Title 18, United States Code, Section 1956(h) and 1956(a)(1)(B)(i).

25 Criminal Indictment, ECF No. 24; Change of Plea, ECF No. 127; Plea Agreement, ECF No. 126.

26 . . .

1    This Court finds defendant SAUL CANDELORIO GASTELLUM-SANCHEZ a.k.a.

2 Cervancio Perez-Zazueta, a.k.a. Bartolo Castillo, a.k.a. "Vampiro" agreed to the forfeiture of the

3 property set forth in the Plea Agreement and the Forfeiture Allegations of the Criminal Indictment.

4 Criminal Indictment, ECF No. 24; Change of Plea, ECF No. 122; Plea Agreement, ECF No. 128.

5    This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America

6 has shown the requisite nexus between property set forth in the Plea Agreement and the Forfeiture

7 Allegations) of the Criminal Indictment and the offenses to which defendant SAUL CANDELORIO

8 GASTELLUM-SANCHEZ a.k.a. Cervancio Perez-Zazueta, a.k.a. Bartolo Castillo, a.k.a. "Vampiro"

9 pled guilty.

10    The following asset is subject to forfeiture pursuant to Title 21, United States Code, Section

11 853(a)(1) and 853(a)(2); Title 18, United States Code, Section 981(a)(1)(A) and Title 28, United States

12 Code, Section 2461(c); and Title 18, United States Code, Section 982(a)(1):

13    $763.00 in United States Currency

14 (all of which constitutes "property").

15    This Court finds the United States of America is now entitled to, and should, reduce the

16 aforementioned property to the possession of the United States of America.

17    NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the

18 United States of America should seize the aforementioned property.

19    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of

20 SAUL CANDELORIO GASTELLUM-SANCHEZ a.k.a. Cervancio Perez-Zazueta, a.k.a. Bartolo

21 Castillo, a.k.a. "Vampiro" in the aforementioned property is forfeited and is vested in the United States

22 of America and shall be safely held by the United States of America until further order of the Court.

23    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America

24 shall publish for at least thirty (30) consecutive days on the official internet government forfeiture

25 website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the

26 time under the applicable statute when a petition contesting the forfeiture must be filed, and state the

2

1  name and contact information for the government attorney to be served with the petition, pursuant to

2  Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

3       IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual or entity

4  who claims an interest in the aforementioned property must file a petition for a hearing to adjudicate

5  the validity of the petitioner's alleged interest in the property, which petition shall be signed by the

6  petitioner under penalty of perjury pursuant to Title 21, United States Code, Section 853(n)(3) and

7  Title 28, United States Code, Section 1746, and shall set forth the nature and extent of the petitioner's

8  right, title, or interest in the forfeited property and any additional facts supporting the petitioner's

9  petition and the relief sought.

10       IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed

11  with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101, no later than

12  thirty (30) days after the notice is sent or, if direct notice was not sent, no later than sixty (60) days

13  after the first day of the publication on the official internet government forfeiture site,

14  www.forfeiture.gov.

15       IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,

16  shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the

17  following address at the time of filing:

18            Michael A. Humphreys
          Assistant United States Attorney

19            Daniel D. Hollingsworth
          Assistant United States Attorney

20            Lloyd D. George United States Courthouse
          333 Las Vegas Boulevard South, Suite 5000

21            Las Vegas, Nevada 89101.

22       IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein

23  need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency

24  . . .

25  . . .

26  . . .

1   following publication of notice of seizure and intent to administratively forfeit the above-described

2   property.

3        DATED this _____ day of May, 2014.

4

5

6                   _____

7                   UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26