

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>SAUL CANDELORIO GASTELLUM-SANCHEZ,<br>a.k.a. Cervancio Perez-Zazueta,<br>a.k.a. Bartolo Castillo,<br>a.k.a. "Vampiro",<br><br>    Defendant. | 2:13-CR-257-LDG-(PAL) |

**FINAL ORDER OF FORFEITURE AS TO SAUL CANDELORIO GASTELLUM-SANCHEZ,**
**a.k.a. Cervancio Perez-Zazueta, a.k.a. Bartolo Castillo, a.k.a. "Vampiro"**

On May 28, 2014, this Court entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 21, United States Code, Section 853(a)(1) and 853(a)(2); Title 18, United States Code, Section 981(a)(1)(A) and Title 28, United States Code, Section 2461(c); and Title 18, United States Code, Section 982(a)(1) forfeiting property of defendant SAUL CANDELORIO GASTELLUM-SANCHEZ, a.k.a. Cervancio Perez Zazueta, a.k.a. Bartolo Castillo, a.k.a. "Vampiro" to the United States of America. Criminal Indictment, ECF No. 24; Change of Plea, ECF No. 127; Plea Agreement, ECF No. 128; Preliminary Order of Forfeiture, ECF No. 129.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, pursuant to Fed. R. Crim. P 32.2(b)(4)(A) and (B); Title 21, United States Code, Section 853(a)(1) and 853(a)(2); Title 18, United

1  States Code, Section 981(a)(1)(A) and Title 28, United States Code, Section 2461(c); and Title 18,
2  United States Code, Section 982(a)(1), that the Preliminary Order of Forfeiture (ECF No. 129), listing
3  the following asset, is final as to defendant SAUL CANDELORIO GASTELLUM-SANCHEZ, a.k.a.
4  Cervancio Perez Zazueta, a.k.a. Bartolo Castillo, a.k.a. "Vampiro":

    $763.00 in United States Currency.

DATED this 6th day of ~~July~~ October, 2014.

_____
UNITED STATES DISTRICT JUDGE